IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JACQUEZ WORTHEN,

    Plaintiff,

v.

OFFICER YORK, OFFICER HOCOMB, and TAREL TODDMAN,

    Defendants.

CIVIL ACTION NO.: 5:23-cv-47

## **O R D E R**

I granted Plaintiff's motion for leave to file an Amended Complaint on February 29, 2024, and ordered Plaintiff to file an Amended Complaint within 14 days. Doc. 40 at 1. I directed Plaintiff not to assert any of the claims from his original Complaint against Warden Odum, Officer Fairchilds, or Officer Anderson because the Court dismissed these claims during frivolity review. Id. at 2. The Court mailed Plaintiff a 42 U.S.C. § 1983 complaint form along with a copy of the Order. Plaintiff mailed the unused complaint form back to the Court. Doc. 43. Plaintiff explains the directive to not assert any dismissed claims undermines his prospective amendments. Because Plaintiff no longer wishes to amend, the original Complaint remains the operative Complaint. Doc. 1. I **ORDER** Defendants to file a responsive pleading to Plaintiff's original Complaint within 21 days of this Order.

**SO ORDERED**, this 20th day of March, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA