# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| JACQUEZ WORTHEN,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER YORK, OFFICER HOLCOMB, and TARAL TODMAN,<br><br>    Defendants. | 5:23-cv-47 |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Defendants' Motion to Dismiss and to dismiss without prejudice Plaintiff's Eighth Amendment claims against Defendants in their individual capacities and to dismiss Plaintiff's official capacity claims. Dkt. No. 61. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Defendants' Motion to Dismiss and **DISMISS without prejudice** Plaintiff's individual capacity claims

and **DISMISS** his official capacity claims. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 24 day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA