AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACQUEZ WORTHEN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:23-cv-047

OFFICER YORK, OFFICER HOLCOMB, and TARAL TODMAN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered March 24, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' motion to dismiss is granted. Plaintiff's individual capacity claims are dismissed without prejudice, and Plaintiff's official capacity claims are dismissed. Further, Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 24, 2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk